IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIELLE TAYLOR,** <br>       **Plaintiff,** <br><br> v. <br><br> **LAW SCHOOL ADMISSION COUNCIL, INC.** <br>       **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO. 25-1312** |

## O R D E R

**AND NOW**, this 18th day of June, 2025, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 9), and all responses and replies thereto (ECF Nos. 13 and 16), **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. It is **FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1-1) is **DISMISSED WITHOUT PREJUDICE**.

                                                                    **BY THE COURT:**

                                                                   __S/ WENDY BEETLESTONE___

                                                                   **WENDY BEETLESTONE, J.**